# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

No. 17-30512
Summary Calendar

November 6, 2018

Lyle W. Cayce
Clerk

GEORGE W. ROBINSON, JR.; DEMETRA PARSONS ROBINSON

Plaintiffs-Appellees

v.

CITY OF BATON ROUGE/PARISH OF EAST BATON ROUGE; PLANNING
AND ZONING COMMISSION FOR THE CITY OF BATON ROUGE

Defendants-Appellants

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:13-CV-375

Before SMITH, WIENER, and WILLETT, Circuit Judges.

PER CURIAM:*

After prevailing on a series of motions and, eventually, a jury trial, Defendants-Appellants sought costs and attorneys fees. The trial court exercised its discretion in its Ruling and Order of May 22, 2017, by denying both attorneys fees and costs to the prevailing parties.

We have now reviewed the record on appeal, including the briefs of the parties and the above-said Ruling and Order of the district court, and we are

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-30512

satisfied that there was no abuse of discretion or other error by the district court in its denial of attorneys fees and costs.

AFFIRMED.